**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                                    Chapter 13

Traci D. Thomas                                                  No.   12-21124

            Debtor                                           Hon.  Jacqueline P. Cox

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

    PLEASE TAKE NOTICE that on July 15, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                                               _____/s/ Ross T. Brand_____

**Certificate of Service**

    The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Julie M. Gleason and Tom Vaughn on July 15, 2015.

                                               _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Traci D. Thomas
19427 Hickory Pl
Country Club Hills, IL 60478

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Julie M. Gleason
Gleason & Gleason LLC
77 W. Washington Suite 1218
Chicago, IL 60602